IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT L. BROWN,<br><br>　　　　　　Plaintiff,<br><br>　vs.<br><br>DR. SHALTS, et al.<br><br>　　　　　　Defendant. | Case No. CIV S-02-2236 JKS P<br><br><br>O R D E R |

　　Robert L. Brown, a California state prisoner serving a term of imprisonment after convictions in state superior court, brings this action pursuant to 42 U.S.C. § 1983 contending that medical treatment he received within the institution, particularly with regard to the administration of medicine, constituted conscious indifference to his medical needs.  This Court has jurisdiction pursuant to 28 U.S.C. § 1343.

　　On August 24, 2004, the Court issued a scheduling and planning order that required the filing of dispositive motions, if any, on or before March 4, 2005.  Docket No. 33.  No dispositive motions or motions for extensions of time were filed.  On April 11, 2005, the Court directed the parties to file separate status reports on or before May 6, 2005, indicating whether the case was ready to proceed to trial.  Docket No. 37.  Neither party filed the requested report.  In fact, the only thing filed since the Court's

1

request is a notice of change of address by Plaintiff on April 14, 2005.

## DISCUSSION

"That a court has power to dismiss an action for want of prosecution on its own motion, both under [Federal Rule of Civil Procedure] 41(b), or under its local rule, or even in the absence of such rules is settled" in the Ninth Circuit. States S.S. Co. v. Philippine Air Lines, 426 F.2d 803, 804 (9th Cir. 1970). Factors relevant to dismissal for failure to prosecute include: "(1) the [plaintiff's] right to a hearing on its claim, (2) the impairment of [defendant's] defenses presumed from the unreasonable delay, (3) the wholesome policy of the law in favor of the prompt disposition of law suits, and (4) the duty of the [plaintiff] to proceed with due diligence." Id. at 805.

Here, the date of the Court's order requesting a status report and the date of Plaintiff's change of address notice nearly coincide. It seems possible that Plaintiff was in transition when the Court requested the status reports and did not receive the Order. In an abundance of caution, therefore, the Court will again request status reports from both parties indicating what needs to occur to move this case along to trial. Plaintiff is warned that failure to file the report by the below specified date will result in dismissal for failure to prosecute.

**IT IS THEREFORE ORDERED:**

The parties are each directed to file a status report with regard to whether this case is ready to proceed to trial. The parties' reports are to be filed **on or before January 4, 2006.**

ORDER
C:\Documents and Settings\MKrueger\Local Settings\Temp\notes101AA1\S-02-2236.007.wpd

Dated at Anchorage, Alaska, this __13__ day of December 2005.

                                          /s/ James K. Singleton
                                        **JAMES K. SINGLETON, JR.**
                                    United States District Judge