IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ROBERT L. BROWN

    Plaintiff,

vs.

DR. SHALTS, et al.,

    Defendant.

Case No. CIV S-02-2236 JKS P

ORDER

  Robert L. Brown, a California state prisoner serving a term of imprisonment after convictions in state superior court, brings this action pursuant to 42 U.S.C. § 1983 contending that medical treatment he received within the institution, particularly with regard to the administration of medicine, constituted conscious indifference to his medical needs. This Court has jurisdiction pursuant to 28 U.S.C. § 1343.

  On August 24, 2004, the Court issued a scheduling and planning order that required the filing of dispositive motions, if any, on or before March 4, 2005. Docket No. 33. No dispositive motions or motions for extensions of time were filed. On April 11, 2005, the Court directed the parties to file separate status reports on or before May 6, 2005, indicating whether the case was ready to proceed to trial. Docket No. 37. Neither party filed the requested report. On December 13, 2005, in an abundance of caution, the Court again requested that the parties file status reports on or before January 4, 2006. Docket No. 39. In that Order the Court warned Plaintiff that failure to so file would result in dismissal for failure to prosecute. Neither party filed the requested reports.

  "That a court has power to dismiss an action for want of prosecution on its own motion, both under [Federal Rule of Civil Procedure] 41(b), or under its local rule, or even in the absence of such

1

rules is settled" in the Ninth Circuit. *States S.S. Co. v. Philippine Air Lines*, 426 F.2d 803, 804 (9th Cir. 1970). Because there has been no activity in this case, despite the Court's repeated requests for action this case is the case will be dismissed for failure to prosecute.

**IT IS THEREFORE ORDERED:**

This case is **DISMISSED WITH PREJUDICE** for failure to prosecute.


Dated at Anchorage, Alaska, this __5__ day of January 2006.


/s/ James K. Singleton
**JAMES K. SINGLETON, JR.**
United States District Judge

ORDER