IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| ROBERT L. BROWN,<br><br>                Plaintiff,<br>vs.<br><br>DR. SHALTS, et al.,<br><br>                Defendant. | Case No. CIV S-02-2236 JKS P<br><br>**JUDGMENT<br>IN A CIVIL CASE** |
|---|---|

\_\_\_ **JURY VERDICT.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

_X_ **DECISION BY COURT.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

        **IT IS ORDERED AND ADJUDGED** this case is **DISMISSED WITH PREJUDICE.**

APPROVED:

/s/ James K. Singleton
**JAMES K. SINGLETON, JR.**
United States District Judge

January 5, 2006
Date

Jack L. Wagner, Clerk
Clerk

(By) Deputy Clerk

C:\Documents and Settings\MKrueger\Local Settings\Temp\notes101AA1\S-02-2236.jmt.frm